**Electronically Filed
Intermediate Court of Appeals
CAAP-12-0001085
21-DEC-2016
10:41 AM**

NOS. CAAP-13-0003274, CAAP-13-0000406 and CAAP-12-0001085

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


SHAUN WRIGHT and ANNETT WRIGHT,
Plaintiffs/Counterclaim Defendants/Appellees,
v.
MIYAKE CONCRETE ACCESSORIES, INC., DOE DEFENDANTS 1-100,
Defendant/Counterclaim-Plaintiff/
Third-Party Plaintiff/Appellant,
and
MIYAKE CONCRETE ACCESSORIES, INC.,
Third-Party Plaintiff/Appellant,
v.
SAMUEL S. KIYABU, dba KIYABU CONSTRUCTION, INC.,
SANDPIPER CONSTRUCTION, INC., a Hawaii corporation,
DESPINS GENERAL CONSTRUCTION, INC., a Hawaii corporation,
BRIAN SHIMOMURA and BRIAN SHIMOMURA AND ASSOCIATES, LLC,
a Hawaii Limited Liability Company, JOHN DOES 1-10,
Third-Party Defendants/Appellees,
(CIVIL NO. 09-1-0748(3))

---

DESPINS GENERAL CONSTRUCTION, INC.,
Plaintiff/Counterclaim-Defendant/Appellee,
v.
SHAUN WRIGHT and ANNETT WRIGHT,
Defendants/Counterclaim-Plaintiffs/Appellees,
and
SHAUN WRIGHT and ANNETT WRIGHT,
Counter-Claimants/Appellees,
v.
DESPINS GENERAL CONSTRUCTION, INC.,
Counter-Defendant/Appellee
(CIVIL NO. 10-1-0191(3))

---

MIYAKE CONCRETE ACCESSORIES, INC., a Hawaii Corporation,
Plaintiff/Appellant,
v.
BRIAN S. SHIMOMURA and BRIAN SHIMOMURA AND ASSOCIATES, LLC,
a Hawaii Liability Company, Defendants/Appellees
(CIVIL NO. 11-1-0153(3))

APPEALS FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Fujise, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon consideration of Defendant-Appellant Miyake Concrete Accessories, Inc.'s Motion for Reconsideration, filed on December 12, 2016, regarding this court's Memorandum Opinion filed on November 30, 2016,

IT IS HEREBY ORDERED that the Motion for Reconsideration is denied.

DATED: Honolulu, Hawaiʻi, December 21, 2016.

Presiding Judge

Associate Judge

Associate Judge